IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| John Khula, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 1728 C.D. 2015 |
| | : | |
| State Correctional | : | |
| Institute-Somerset | : | |

## **O R D E R**

NOW, October 14, 2016, having considered appellant's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge